```
1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5
```



FILED

DEC 1 3 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
        DEPUTY CLERK



SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:07CR323 - AWI

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. |
| Plaintiff, | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| LINO MELO and CHRISTINE KAPUSTIN, | CRIMINAL PROCEDURE |
| Defendants. | |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 13, 2007, charging the above defendants with a violation of Title 21, United States Code, Section 846 & 841(a)(1) - Conspiracy to Distribute and Possess With Intent To Distribute Methamphetamine and other charges, be kept secret until the defendants named in the Indictment are either in custody or have been given bail on these offenses; and further order that until such time as the defendant

1

1 is in custody or has been given bail, that no person shall
2 disclose the finding of the Indictment or any warrants issued
3 pursuant thereto, except when necessary for the issuance and
4 execution of the warrants.

5 DATED: December 13, 2007                    Respectfully submitted,

6                                             McGREGOR W. SCOTT
                                              United States Attorney
7
                                              By
8                                                KIMBERLY A. SANCHEZ
                                              Assistant U.S. Attorney
9

10 ORDERED as prayed this 13 day of December 2007

11

12                                            _____
                                              U.S. Magistrate Judge
13                                            GARY S. AUSTIN