McGREGOR W. SCOTT
United States Attorney
KIMBERLY A. SANCHEZ
Assistant U.S. Attorney
4000 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000



IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 1:07-CR-00323 AWI |
| Plaintiff, | |
| v. | ORDER TO UNSEAL INDICTMENT |
| LINO MELO, | |
| Defendant. | |

The Indictment in this case having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret, it is hereby

ORDERED this 23rd day of January, that the Indictment be unsealed and made public record.

DATED: January 23, 2008

_____
DENNIS L. BECK
U.S. MAGISTRATE JUDGE

1