```
McGREGOR W. SCOTT
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

FILED

MAR 2 8 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY ___J. HELLINGS___
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>  )<br>    Plaintiff,     )<br>  )<br>v.     )<br>  )<br>LINO MELO and CHRISTINE  )<br>KAPUSTIN,    )<br>  )<br>    Defendants.   )<br>_____) | CASE NO. 1:07-CR-00323 AWI<br><br>MOTION TO UNSEAL INDICTMENT;<br>[PROPOSED] ORDER |

The Indictment in this case, having been sealed by Order of this Court, and it appears that it no longer need remain secret.

The United States of America, by and through McGregor W. Scott, United States Attorney, and Elana S. Landau, Assistant United States Attorney, hereby moves that the Indictment in this case be unsealed and made public record.

Dated: March 25, 2008

_____
ELANA S. LANDAU
Assistant U. S. Attorney

IT IS SO ORDERED.

DATED: March 2⟨⟩, 2008

_____
GARY S. AUSTIN
United States Magistrate Judge

1