FILED

JUN 9 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| Plaintiff, | ) | CR-07-323-AWI |
| v. | ) | ORDER EXONERATING BOND |
| LINO MELO | ) | |
| Defendant. | ) | |

The above-named defendant having been ordered detained by Magistrate Judge Austin,

IT IS HEREBY ORDERED that the property bonds posted in the above-entitled case be exonerated and the deeds of trust be reconveyed to the owners of the property that posted the bond.

Date 6-10-08

ANTHONY W. ISHII
U.S. DISTRICT JUDGE

1